HOPPER S. MOTT et al., Respondents and Appellants, *v.* AMOS F. ENO, Appellant and Respondent.

(Submitted May 29, 1905; decided June 6, 1905.)

Motion for reargument denied, with ten dollars costs. (See 181 N. Y. 346.)

---

JOHN WANAMAKER, Respondent, *v.* THOMAS J. POWERS, JR., Appellant.

*Wanamaker* v. *Powers*, 102 App. Div. 485, appeal dismissed.
(Argued May 29, 1905; decided June 6, 1905.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1905, which denied a motion to vacate and set aside a judgment of said Appellate Division previously entered affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion to dismiss was made upon the ground that the order appealed from was not one finally determining a special proceeding and, therefore, not appealable to the Court of Appeals.

*Gerard Roberts* for motion.

*Nathaniel P. Bushnell* opposed.

Motion granted and appeal dismissed, with costs of appeal and ten dollars costs of motion.